# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE<br>MIAMI VALLEY HOSPITAL, | : | Case No. 3:07MC010 |
| | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| VICTORIA KLEIN, *et al*., | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | United States District Court |
| O'NEAL INC.,<br>d/b/a O'Neal, Jones & Feldman<br>Pharmaceuticals, CVS Revco D.S., Inc.,<br>and Retrac Inc. | : | Northern District of Texas<br>CA 7-03-CV-102-R |
| Defendants. | : | |

## ORDER

This case is before the Court upon attorney Art Brender's Motion To Appear Pro Hac Vice. (Doc. #5).

An attorney not currently licensed to practice law by the Ohio Supreme Court and not currently a member in good standing of the bar of this Court may file a Motion for permission to appear *pro hac vice*. Such Motions must be accompanied by a current certificate of good standing by the highest court of any state. S.D. Ohio Civ. R. 83.4(c). In addition, all parties represented by an attorney who appears *pro hac vice* must also retain a trial attorney "who is both a permanent member of the bar of this Court in good standing and a member in good standing of the bar of the Supreme Court of Ohio." S.D. Ohio Civ. 83.4(a). The Motion

presently at issue does not comply with these requirements of S.D. Ohio Civ. R. 83.4(a) and (c).

Accordingly, the Court hereby **ORDERS** that the Motion to Appear Pro Hac Vice (Doc. #5) is **DENIED** without prejudice to renewal upon compliance with S.D. Ohio Civil R. 83.4(a) and (c).

May 24, 2007

                                                  s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                          United States Magistrate Judge